UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:14-CR-1035-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | |
| RICHARD TEREMAINE GORE | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the Eastern District of North Carolina hereby dismisses the Criminal Complaint against the above-captioned defendant.

Respectfully submitted this the 14th day of May, 2015.

/s/ Ethan A. Ontjes
ETHAN A. ONTJES
Assistant United States Attorney
United States Attorney=s Office
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: (919) 856-4530
Fax: (919) 856-4487
NC Bar No. 29784

Leave of Court is granted for the filing of the foregoing dismissal.

SO ORDERED. This 19 day of May 2015.

JAMES C. DEVER III
Chief United States District Judge